## AFFIDAVIT IN SUPPORT OF AN APPLICATION
## FOR A CRIMINAL COMPLAINT

I, David Fife, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of a criminal complaint charging Joseph D. Zoll ("ZOLL") of Sanford, Maine with the sexual exploitation of a minor, in violation of 18 U.S.C. § 2251(a) and (e), and distribution and receipt of child pornography, both in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1).

2.      I am a Special Agent with Homeland Security Investigations (HSI) and have been since August 2009. I am currently assigned to HSI's Portland, Maine office. I have participated in numerous criminal investigations, to include matters involving the sexual exploitation of children.

3.      This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint. The facts set forth in this affidavit are based upon my personal knowledge; information obtained during my participation in this investigation, including information provided by other investigators, my review of documents, and computer records related to this investigation; and information gained through my training and experience.  Based on my training and experience and the facts as set forth in this affidavit, I submit that probable cause exists to believe that, on or about at least July 19, 2020, ZOLL attempted to and did employ, use, persuade, induce, entice, or coerce any minor to engage in, or had a minor assist any other person to engage in, sexually explicit conduct for the purpose of transmitting a live visual depiction of such conduct, in violation of 18 U.S.C. § 2251(a) and (e). I further submit that probable cause exists to believe that ZOLL received child pornography between on or about July

9 and July 10, 2020, and distributed child pornography on or about May 31, 2021, both in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1).

## STATUTORY AUTHORITY

4.     Sections 2251(a) and (e) of Title 18 of the United States Code prohibit any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or having a minor assist any other person to engage in, or transporting any minor in or affecting interstate or foreign commerce with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; or if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer; or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed; or attempting or conspiring to do so.

5.     Sections 2252A(a)(2)(A) and (b)(1) of Title 18 of the United States Code prohibit any person from knowingly receiving and distributing, or attempting or conspiring to receive and distribute, any child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; or any material that contains child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has

2

been shipped or transported in or affecting interstate or foreign commerce by any means,

including by computer.

## DEFINITIONS

6.      The following definitions apply to this affidavit:

a)      "Child Pornography," as used herein, is defined by 18 U.S.C. § 2256(8) to

mean any visual depiction including any photograph, film, video, picture, or computer or

computer-generated image or picture, whether made or produced by electronic,

mechanical, or other means of sexually explicit conduct, where (A) the production of

such visual depiction involves the use of a minor engaging in sexually explicit conduct;

(B) such visual depiction is a digital image, computer image, or computer-generated

image that is, or is indistinguishable from, that of a minor engaging in sexually explicit

conduct; or (C) such visual depiction has been created, adapted, or modified to appear

that an identifiable minor is engaged in sexually explicit conduct.

b)      "Sexually explicit conduct," as used herein, is defined by 18 U.S.C.

§ 2256(2)(A) to mean actual or simulated (i) sexual intercourse, including genital-genital,

oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite

sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious

exhibition of the anus, genitals, or pubic area of any person.

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

7.      For several years, HSI has been investigating individuals who provide access to

live-streaming online webcam shows involving the sexual abuse and exploitation of children to

paying customers worldwide. This growing transnational child sexual abuse industry includes

child sex traffickers in the Philippines who collect viewership fees from vetted customers

scattered throughout the world. Paying customers often direct these child sex traffickers to sexually abuse children in real time during private webcam interactions on a variety of streaming video services and applications, to include Skype.[1] Through this investigation, HSI has identified a specific individual (hereinafter referred to as the "TRAFFICKER") operating a child-sex-trafficking network from the Philippines.

8.      In response to a federal search warrant, in June of 2022, Skype (via Microsoft) provided HSI with information associated with the Skype account used by the TRAFFICKER to, among other things, live-stream child sexual abuse material for paying customers (hereinafter referred to as the "TRAFFICKER ACCOUNT"). The information provided by Skype revealed significant chat content between the TRAFFICKER ACCOUNT and the user of another account with the unique Skype ID "jzoll2167" (hereinafter referred to as "SUBJECT ACCOUNT"), later identified as ZOLL as described below. According to Microsoft records, between March 30, 2020, and June 10, 2022, the SUBJECT ACCOUNT and the TRAFFICKER ACCOUNT exchanged 11,944 lines of chat. Of those, approximately 1,055 were identified by Skype as an "Event/Call," indicating that a video or audio call occurred or was attempted between the parties. During the same time frame, approximately 165 media files (videos and images) were exchanged, though not all appear to have been retained by Skype.

9.      I have reviewed the entirety of the Skype chat correspondence between the SUBJECT ACCOUNT and the TRAFFICKER ACCOUNT. Based on my review, and my training and experience, I believe the chat conversations are consistent with the sale of live-

---

[1] Skype is a software product that allows users to conduct video chats and voice calls over the internet. Skype users can also send instant messages, exchange files and images, send video messages, and create conference calls. Skype software is available for use on personal computers as well as smartphones and tablets.

streaming depictions of child sexual abuse, as further described below, wherein the child sex trafficker offers a paying customer access to live-streaming video depictions of minors engaged in sexually explicit conduct and, once the trafficker and the purchaser come to a financial agreement, a video call is placed.

10.     In some of the conversations with the SUBJECT ACCOUNT, the TRAFFICKER ACCOUNT sent previously recorded videos depicting children engaged in sexual activities. For example, during a chat that occurred on July 9 and July 10, 2020, the TRAFFICKER ACCOUNT sent the SUBJECT ACCOUNT a link to a video file of a minor in lieu of a live show. The dialogue progressed as follows:[2]

| SENDER | RECIPIENT | TEXT |
|---|---|---|
| SUBJECT | [TRAFFICKER] | is she in mood? |
| TRAFFICKER | [SUBJECT] | Not yet but i haclve sonething for u |
| TRAFFICKER | [SUBJECT] | Not yet but i haclve sonething for u |
| SUBJECT | [TRAFFICKER] | ? |
| TRAFFICKER | [SUBJECT] | [TRAFFICKER provides a link to Google Drive file containing a video titled "20200709  185743.mp4," described below.] |
| SUBJECT | [TRAFFICKER] | wel |
| SUBJECT | [TRAFFICKER] | certainly she trying |
| SUBJECT | [TRAFFICKER] | anal huh |
| SUBJECT | [TRAFFICKER] | me not usually ask anal |
| SUBJECT | [TRAFFICKER] | she have a nice puki |
| SUBJECT | [TRAFFICKER] | I think she needs feel your tongue around and around and around clit |
| TRAFFICKER | [SUBJECT] | Lol hahha |
| SUBJECT | [TRAFFICKER] | can you make daughter orgasm? |
| SUBJECT | [TRAFFICKER] | your tongue? |
| TRAFFICKER | [SUBJECT] | I try when she here ahain |
| SUBJECT | [TRAFFICKER] | when she here>? |

---

[2] The text of the chats, including any spelling and grammatical errors, are produced in this affidavit as they were received from Skype unless indicated otherwise.

| SENDER | RECIPIENT | TEXT |
|---|---|---|
| SUBJECT | [TRAFFICKER] | lol |
| SUBJECT | [TRAFFICKER] | watabout the teen |
| TRAFFICKER | [SUBJECT] | Her dad take her yesterday |
| SUBJECT | [TRAFFICKER] | aww |
| SUBJECT | [TRAFFICKER] | does he use cock? |
| SUBJECT | [TRAFFICKER] | show she? |
| SUBJECT | [TRAFFICKER] | he salsal?[3] |
| SUBJECT | [TRAFFICKER] | is other girl? |
| SUBJECT | [TRAFFICKER] | from video? |
| TRAFFICKER | [SUBJECT] | yes |
| SUBJECT | [TRAFFICKER] | yes? the father? salsal? |
| SUBJECT | [TRAFFICKER] | sleep me now |
| TRAFFICKER | [SUBJECT] | [TRAFFICKER proceeds to send a number of videos, some depicting a teenage girl of an indeterminate age performing various sexually explicit acts, and others showing a younger girl also performing sexually explicit acts. TRAFFICKER additionally sends the video "20200709_185743.mp4" a second time. |

As referenced in the chat above, on July 9, 2020, the TRAFFICKER ACCOUNT sent a Google Drive link to the SUBJECT ACCOUNT containing a video titled "20200709_185743.mp4." The video was also transmitted a second time directly to the SUBJECT ACCOUNT later in the same conversation (and in fact occurring on July 10, 2020).[4] I have reviewed this video file, and offer the following description: The video is 16 minutes and 43 seconds in length and depicts a juvenile female, who appears to be between the ages of 6 and 8 based on her small stature and

---

[3] I conducted open-source research on the meaning of "salsal," presumed to be Tagalog, and found it to reference (among other things) the act of male masturbation.

[4] Based on my training and experience in other investigations, I know that the naming convention of the video, "20200709_185743.mp4," indicates that the video was likely created on July 9, 2020, at approximately 6:57 pm (time zone unknown). I know that in many instances, depending on the model of device used, the recording device (whether a cellphone or a stand-alone digital camera) will assign a default file name to a video or image file that is simply a timestamp of the creation date/time of the video itself. This date is based upon the internal clock of the device being used and is often therefore set to the time zone in which the user is located.

lack of pubic and breast development, undressing herself and then proceeding to penetrate her anus and vagina with a dildo. At times throughout the video, an unseen individual (in the form of an adult-sized hand) assists with the manipulation of the objects in the girl's vagina and anus. A still image from this video is attached as Exhibit 1 below.

11.     In another instance, on or about May 31, 2021, the SUBJECT ACCOUNT sent a video to the TRAFFICKER ACCOUNT during a conversation, in an apparent attempt to remind the TRAFFICKER ACCOUNT of the type of video that the TRAFFICKER could potentially offer for sale as the TRAFFICKER was evidently experiencing financial difficulties. During their exchange, the TRAFFICKER ACCOUNT repeatedly asked the SUBJECT ACCOUNT for money to pay for electricity and other expenses, but the SUBJECT ACCOUNT demurred, stating that he could not send her much money at that moment. The SUBJECT ACCOUNT instead sent the TRAFFICKER ACCOUNT a video, telling her that he could "help make a video [to] sell." I offer the following description of the video the SUBJECT ACCOUNT sent, which is titled "VID-20191110-WA0000.mp4": The video is approximately 2 minutes and 47 seconds in length and depicts an adult woman of Asian descent reclined in a bed wearing a bra and no underwear. The woman is nursing a juvenile female, who appears to be between the ages of 6 and 8 years old based on the child's small stature and lack of pubic development, on her left breast. The child is naked from the waist down. The woman then positions the camera toward her own feet, so that it is angled in a manner to view both her vagina and that of the juvenile child. The woman proceeds to manipulate and penetrate the child's vagina and anus with her finger while also manipulating her own vagina. A still image from this video is included as Exhibit 2.

12.     In other conversations between the SUBJECT ACCOUNT and the TRAFFICKER ACCOUNT, the dialogue itself clarifies that the user of the SUBJECT

7

ACCOUNT directed the TRAFFICKER ACCOUNT on how to sexually exploit children over live-streaming webcam, even though the actual footage was not retained by Skype. Specifically, during a conversation that occurred on July 19, 2020, the SUBJECT ACCOUNT instructed the TRAFFICKER ACCOUNT to expose the genitals of a minor victim in a live-streaming interaction that occurred while the minor victim was alleged to be sleeping, and while the user of the SUBJECT ACCOUNT evidently attempted to masturbate:

| SENDER | RECIPIENT | TEXT |
| --- | --- | --- |
| SUBJECT | [TRAFFICKER] | is daughter[5] there? |
| TRAFFICKER | [SUBJECT] | She sleeping but i let u see her while i put her diaper |
| SUBJECT | [TRAFFICKER] | Noo make even longer |
| SUBJECT | [TRAFFICKER] | I need 5 mins |
| SUBJECT | [TRAFFICKER] | salsal at least |
| SUBJECT | [TRAFFICKER] | lol |
| TRAFFICKER | [SUBJECT] | Oki sure |
| TRAFFICKER | [SUBJECT] | Who salsal |
| TRAFFICKER | [SUBJECT] | She sleeping haha |
| SUBJECT | [TRAFFICKER] | me |
| TRAFFICKER | [SUBJECT] | Ah i see |
| TRAFFICKER | [SUBJECT] | Hehehe |
| TRAFFICKER | [SUBJECT] | Sure |
| SUBJECT | [TRAFFICKER] | out my cummm |
| SUBJECT | [TRAFFICKER] | sleeping |
| SUBJECT | [TRAFFICKER] | yessss |
| TRAFFICKER | [SUBJECT] | U horny now |
| SUBJECT | [TRAFFICKER] | yes |
| TRAFFICKER | [SUBJECT] | Call missed |
| SUBJECT | [TRAFFICKER] | Call started[6] |

---

[5] Based on my review of the entire chat conversation and the recovered media files that were exchanged therein, I understand that the user of the SUBJECT ACCOUNT referred to a specific juvenile girl between the ages of approximately 6 and 8 years old as the TRAFFICKER's daughter.

[6] The "Call started" text is auto-generated by Skype and indicates that a video or audio call was initiated between the two parties.

8

| SENDER | RECIPIENT | TEXT |
|---|---|---|
| SUBJECT | [TRAFFICKER] | roll over? |
| SUBJECT | [TRAFFICKER] | Wide her legs? |
| SUBJECT | [TRAFFICKER] | open legs? |
| SUBJECT | [TRAFFICKER] | Call ended after 611.182 seconds |
| SUBJECT | [TRAFFICKER] | sorry |
| SUBJECT | [TRAFFICKER] | I am do long cumm |
| TRAFFICKER | [SUBJECT] | Itsboki |
| TRAFFICKER | [SUBJECT] | Lol hauau |
| TRAFFICKER | [SUBJECT] | Lol no problem |
| SUBJECT | [TRAFFICKER] | i enjoy she |
| TRAFFICKER | [SUBJECT] | U cum already? |
| SUBJECT | [TRAFFICKER] | me old |
| SUBJECT | [TRAFFICKER] | nope |
| TRAFFICKER | [SUBJECT] | Oh why |
| TRAFFICKER | [SUBJECT] | huhu |
| SUBJECT | [TRAFFICKER] | not 2 days |
| TRAFFICKER | [SUBJECT] | Why |
| SUBJECT | [TRAFFICKER] | I need see she cute hole |
| SUBJECT | [TRAFFICKER] | mmmm |
| TRAFFICKER | [SUBJECT] | Yes i did |
| SUBJECT | [TRAFFICKER] | Call started |
| SUBJECT | [TRAFFICKER] | leg apart wie |
| SUBJECT | [TRAFFICKER] | wide |
| SUBJECT | [TRAFFICKER] | up |
| SUBJECT | [TRAFFICKER] | Call ended after 269.713 seconds |
| TRAFFICKER | [SUBJECT] | Oh? |
| SUBJECT | [TRAFFICKER] | it o |
| SUBJECT | [TRAFFICKER] | it ik |
| SUBJECT | [TRAFFICKER] | Ok |
| TRAFFICKER | [SUBJECT] | But u not happy? |
| SUBJECT | [TRAFFICKER] | u will get me later |
| TRAFFICKER | [SUBJECT] | Oh I acnt focus yet huhu |
| SUBJECT | [TRAFFICKER] | I wish we can teach her |
| SUBJECT | [TRAFFICKER] | i say later hon |
| SUBJECT | [TRAFFICKER] | u want she it? |

| SENDER | RECIPIENT | TEXT |
|---|---|---|
| SUBJECT | [TRAFFICKER] | out my cummm |
| TRAFFICKER | [SUBJECT] | Yes |
| SUBJECT | [TRAFFICKER] | for she?> |
| SUBJECT | [TRAFFICKER] | i wish we can teach she |
| SUBJECT | [TRAFFICKER] | feelings of sex |
| TRAFFICKER | [SUBJECT] | Ye sme too maybe later wben she awake she in mode |
| SUBJECT | [TRAFFICKER] | she learn focus feeling clit |
| SUBJECT | [TRAFFICKER] | and rub lips |
| SUBJECT | [TRAFFICKER] | ok |
| SUBJECT | [TRAFFICKER] | i don't mean right now |
| TRAFFICKER | [SUBJECT] | Ok i sned u video |

## I. Additional Child-Exploitation-Related Conduct by the User of the SUBJECT ACCOUNT

13.    In a similar exchange that occurred on August 9 and August 10, 2020, the SUBJECT ACCOUNT engaged in another live-streaming abuse session with the TRAFFICKER and a minor victim. The exchange began with the SUBJECT ACCOUNT stating, "me naked," and continued as follows:

| SENDER | RECIPIENT | TEXT |
|---|---|---|
| SUBJECT | [TRAFFICKER] | Call missed |
| SUBJECT | [TRAFFICKER] | hon>? |
| TRAFFICKER | [SUBJECT] | Yes ae here now |
| TRAFFICKER | [SUBJECT] | We |
| TRAFFICKER | [SUBJECT] | Call started |
| TRAFFICKER | [SUBJECT] | Wait hon she buy something in outside |
| SUBJECT | [TRAFFICKER] | ok |
| TRAFFICKER | [SUBJECT] | Call ended after 235.727 seconds |
| SUBJECT | [TRAFFICKER] | ? |
| SUBJECT | [TRAFFICKER] | Call missed |
| TRAFFICKER | [SUBJECT] | wait talking to my kids teacher |
| SUBJECT | [TRAFFICKER] | ok |
| TRAFFICKER | [SUBJECT] | talking to my son teacher |
| TRAFFICKER | [SUBJECT] | Soon school artaring |

| SENDER | RECIPIENT | TEXT |
|---|---|---|
| SUBJECT | [TRAFFICKER] | yes |
| TRAFFICKER | [SUBJECT] | start |
| TRAFFICKER | [SUBJECT] | and daughter teacher also call me |
| TRAFFICKER | [SUBJECT] | hun can we eat lunch firts |
| TRAFFICKER | [SUBJECT] | then will make show |
| SUBJECT | [TRAFFICKER] | I want to tech daughter |
| TRAFFICKER | [SUBJECT] | if u dont mind |
| SUBJECT | [TRAFFICKER] | 5 min ok |
| SUBJECT | [TRAFFICKER] | lol |
| TRAFFICKER | [SUBJECT] | lol |
| TRAFFICKER | [SUBJECT] | hey |
| TRAFFICKER | [SUBJECT] | Call missed |
| SUBJECT | [TRAFFICKER] | uh huh |
| SUBJECT | [TRAFFICKER] | Call started |
| TRAFFICKER | [SUBJECT] | i off |
| SUBJECT | [TRAFFICKER] | off? |
| SUBJECT | [TRAFFICKER] | no cam? |
| TRAFFICKER | [SUBJECT] | mm |
| TRAFFICKER | [SUBJECT] | mm u like? |
| SUBJECT | [TRAFFICKER] | i like |
| TRAFFICKER | [SUBJECT] | Yes |
| SUBJECT | [TRAFFICKER] | on she back |
| SUBJECT | [TRAFFICKER] | i am long too play |
| SUBJECT | [TRAFFICKER] | yuo turn she over? |
| SUBJECT | [TRAFFICKER] | Call ended after 714.461 seconds |
| SUBJECT | [TRAFFICKER] | Call missed |
| SUBJECT | [TRAFFICKER] | Call started |
| SUBJECT | [TRAFFICKER] | rol over |
| SUBJECT | [TRAFFICKER] | mmmm on back |
| TRAFFICKER | [SUBJECT] | u cumm |
| TRAFFICKER | [SUBJECT] | lol yah] |
| TRAFFICKER | [SUBJECT] | she want u buy toys |
| TRAFFICKER | [SUBJECT] | ahhah |
| SUBJECT | [TRAFFICKER] | we will |
| SUBJECT | [TRAFFICKER] | say to she i get money |

11

| SENDER | RECIPIENT | TEXT |
|---|---|---|
| TRAFFICKER | [SUBJECT] | she wnat buy cooking |
| TRAFFICKER | [SUBJECT] | toys |
| SUBJECT | [TRAFFICKER] | no real coooking |
| TRAFFICKER | [SUBJECT] | noo |
| SUBJECT | [TRAFFICKER] | not toys |
| TRAFFICKER | [SUBJECT] | buy bher real pot any and other |
| SUBJECT | [TRAFFICKER] | yes |
| SUBJECT | [TRAFFICKER] | i send money |
| SUBJECT | [TRAFFICKER] | not today |
| TRAFFICKER | [SUBJECT] | wow ty |
| SUBJECT | [TRAFFICKER] | need wait monday[7] |

The following day, the SUBJECT ACCOUNT told the TRAFFICKER that he had just sent her 1,500 Philippine pesos through Western Union and provided a tracking number for the transaction.

## II. Financial Transactions and Identification of Joseph D. ZOLL as the User of the SUBJECT ACCOUNT

14. The Skype chat records show that as time progressed, the SUBJECT ACCOUNT sent numerous electronic payments to the TRAFFICKER ACCOUNT via Western Union and other financial services. As exemplified by the transaction referenced above, in several instances, the SUBJECT ACCOUNT provided the TRAFFICKER ACCOUNT with the Western Union money transfer control number ("MTCN") following a particular payment.[8] Through the course of the chats, I discovered the following Western Union payments that were made (or at least

---

[7] August 9, 2020, the day this chat occurred, was a Sunday.

[8] An MTCN is a unique tracking number referencing a specific transfer of money across the Western Union system. The number can be provided by the sender to the recipient as proof of payment and can be used by the recipient to collect the funds.

reported by the SUBJECT ACCOUNT to have been made to the TRAFFICKER ACCOUNT) on the dates below:

MTCN 0312990058 (05/11/2020)
MTCN 2943145598 (08/02/2020)
MTCN 0881856728 (08/03/2020)
MTCN 1788986890 (08/10/2020)
MTCN 8617368002 (09/04/2020)
MTCN 7162053664 (02/09/2021)
MTCN 4298224114 (03/03/2021)
MTCN 0628825796 (03/08/2021)
MTCN 4086688395 (03/13/2021)

15.    On October 6, 2022, pursuant to an HSI summons issued several days earlier, I received records from Western Union pertaining to the transactions listed above. The records provided by Western Union revealed that all the above transactions were made by the same individual from the same residential IP address which, based on the open-source IP address geolocation website IPLocation.com, resolved to Sanford, Maine. Each transaction listed the following identifying information, which would have been entered by the sending party:

Name: Joseph D. Zoll
Date of Birth: xx/xx/1960[9]
Address: 8 Pebble Lane, Sanford, ME 04073
Phone: 352-516-9071
Credit Card 1: 47*************43

16.    In further reviewing the Western Union data, I discovered that ZOLL had in fact made a total of 56 payments during the span of the SUBJECT ACCOUNT's Skype conversations with the TRAFFICKER ACCOUNT, in amounts ranging from approximately $21 to $103, with the majority in the range of $40-$50. Of these transactions, I know that at least 24 were payments made directly to the TRAFFICKER, as they were sent to her actual identity

---

[9] I have omitted the specific month and day from the date of birth for privacy purposes.

and/or an identity she specifically provided to ZOLL in the text of the chats. In total, the Western Union data reflected that ZOLL had made 119 payments between the apparent creation of the financial account on April 7, 2017 and the last registered transaction of March 13, 2021; the vast majority of these payments were to individuals in the Philippines and in amounts similar to those sent to the TRAFFICKER ACCOUNT. Additionally, with the exception of the time period between April 7, 2017 and December 22, 2017 (and two additional transactions in 2018 and 2019), all payments were made using 8 Pebble Lane, Sanford, ME (hereinafter the "Sanford address") as the sender's address. During the period noted above in 2017, however, ZOLL entered an address in Fruitland Park, Florida.

17.    On October 11, 2022, also pursuant to an HSI summons issued several days earlier, I received records from WorldRemit, which is another international money transfer/remittance service that enables global money transfers initiated via computer or smartphone. The records provided by WorldRemit showed that Joseph D. ZOLL made approximately 310 transactions using the service between October 21, 2015, and July 18, 2017, and that every single transaction went to individuals in the Philippines. As with the Western Union transactions, the vast majority of ZOLL's WorldRemit payments were in amounts ranging from $15 to $40, which I know from experience in similar investigations to be figures consistent with the payment amounts often demanded by Philippine traffickers for live-streaming child sexual abuse shows. With the WorldRemit return, however, all but two of the transactions listed an address in Fruitland Park, Florida as ZOLL's address; the two non-Florida addresses (used in October 2016) were that of the Sanford address.

18.    On the same date, I also received records from MoneyGram, once again pursuant to an HSI summons issued several days earlier. MoneyGram, like Western Union and World

14

Remit, is also an international money transfer/remittance service with locations in countries throughout the world, to include the Philippines. The records provided by MoneyGram showed that Joseph D. ZOLL had made (or attempted) approximately 18 transactions over the service between October 12, 2015 and August 4, 2017; once again, the remitted amounts ranged mostly between $20 and $40. In this case, 12 of the transactions listed the Sanford address as the sender's address, while the remainder (all in 2015 and 2016) listed the Fruitland Park, Florida address.

19.    On October 12, 2022, I received records from PayPal, again pursuant to an HSI summons that had been issued with the other previously referenced summonses. PayPal is an online service that enables a user to pay for goods or services, and to make direct payments to another user, using an email address and a linked bank or credit card account. The records provided by PayPal again showed that ZOLL had made (or attempted) approximately 310 transactions to individuals in the Philippines between September 2, 2017, and November 24, 2019, with the vast majority in amounts similar to those seen in the WorldRemit, Western Union, and MoneyGram transactions described above.

20.    On October 12 and 13, 2022, I received additional records from the online money transfer companies Xoom and Remitly related to ZOLL, though these services appeared to have been used less frequently than those referenced above. According to the records, ZOLL's Xoom usage began in 2010, though even in this time period every payment he made on this platform was to Philippine recipients and in amounts consistent with live-streaming child sexual abuse shows. All payments were made from the above address in Fruitland Park, Florida. The records from Remitly showed that ZOLL's Remitly usage only spanned a 27-day period from August 6, 2017, to September 2, 2017, and encompassed 21 completed transactions, but each transaction

was again sent only to the Philippines and in similar amounts to the other transactions described in this affidavit, and all were sent with the Sanford address as the listed address. On September 2, 2017, Remitly closed ZOLL's account due to violations of the Remitly terms of service and specifically for "sending to random females" in a high-risk area.

21.     In my review of the complete Skype chats with the TRAFFICKER ACCOUNT referenced above, I noted several instances in which the SUBJECT ACCOUNT provided personal and/or identifiable information about himself or his surroundings establishing that the user of the SUBJECT ACCOUNT is ZOLL. These instances are described as follows:

a.     On numerous occasions, ZOLL referenced his elderly mother, stating at one point in late June 2020 that his mother had previously been "living alone in place far away from me," and that because of this, he had left his job, sold his home, and moved into a new house with his mother at an indeterminate time in the past. According to ZOLL, he lived in the upstairs of the home, while his mother occupied the downstairs.

b.     On June 27, 2020, in the context of the same conversation referenced above, ZOLL sent a photo titled "IMG-20160911-WA0000.jpeg" to the TRAFFICKER ACCOUNT that depicts ZOLL and a woman who is presumably his mother. The image shows a seemingly large Caucasian man with a long, gray beard that is braided toward the end; seated next to him is an elderly woman dressed in pink, smiling.

c.     On August 3, 2020, the TRAFFICKER ACCOUNT asked ZOLL for his "full name," seemingly in the context of retrieving a Western Union payment that ZOLL had sent for a live show on the same date. ZOLL responded, "Joseph Zoll." [10]  In a

---

[10] The Western Union records I received reflect that ZOLL made a payment of $41.57 to the TRAFFICKER on this date.

similar conversation on February 10, 2021, ZOLL pasted an automated email receipt from Western Union, which showed that the TRAFFICKER had picked up a payment he had recently sent. The text of the pasted receipt provided by ZOLL reads, "Dear Joseph D. Zoll, Thank you for sending with Western Union! Please find your money transfer summary below."[11]

d.      On September 9, 2020, ZOLL mentioned to the TRAFFICKER ACCOUNT that his mother recently "get hurt," but moments later nonetheless asked the TRAFFICKER ACCOUNT if she was available to "play." The following day, however, ZOLL stated that his mother was in fact seriously injured and in the hospital. Several days later, on September 16, 2020, ZOLL sent the TRAFFICKER ACCOUNT a Zoom hyperlink, telling the TRAFFICKER ACCOUNT that it was the link to view a live feed of his mother's funeral at 1:00 pm that day, should she desire to do so. Later the same night, ZOLL complained that he was "so sad" because of his mother's death, and asked to see the TRAFFICKER ACCOUNT's children, asking, "Is she there? I need see again 2 times" and declaring, "I really want fuck she." The TRAFFICKER ACCOUNT responded "Sorry your mother last day, you send us WU now? We willing always make u happy." A video call was subsequently initiated.[12]

e.      Following my discovery of the September 16, 2020, conversation, I conducted a Google search for obituaries of individuals named "Zoll" in the New England region in September 2020. In my search results, I discovered the obituary of a

---

[11] The Western Union records reflect that ZOLL made a payment of $21.24 to the TRAFFICKER on February 9, 2021, in addition to two payments on February 8, 2021 for $21.24 and $42.48.

[12] The Western Union records reflect that on the evening of September 16, 2020, ZOLL made a payment of $31.64 to the TRAFFICKER.

Jacqueline Zoll on the website of a funeral home in Malden, Massachusetts. The obituary states that Jacqueline Zoll died at age 97 on September 13, 2020, and is survived by her son, Joseph Daniel Zoll, of Sanford, Maine. The obituary further notes that, due to Covid-19 restrictions in place at the time, there would be a graveside service on September 16, 2020, at 1:00 pm, with attendance limited to the immediate family. A photograph of Jacqueline Zoll on the obituary page depicts the same woman as the one in the image sent by ZOLL to the TRAFFICKER ACCOUNT described in subparagraph B above.

f.    In a chat that occurred on January 28, 2022, ZOLL told the TRAFFICKER ACCOUNT that a large winter storm was due to arrive in his area the next day, possibly bringing "2 feet of snow [and] maybe more." On October 12, 2022, I conducted a Google search of the weather in southern Maine on/around January 29, 2022 and discovered numerous local and regional news articles referencing a large blizzard that occurred in the northeastern U.S. and eastern Canada on January 29-30, 2022, which brought approximately a foot of snow to Sanford, Maine and the surrounding area.

22.    In the context of the above information, I conducted records checks for ZOLL in public records and vehicle databases. Checks of the Maine Bureau of Motor Vehicles (BMV) records revealed that an individual named Joseph D. Zoll, born in January of 1960, was issued a driver's license in 2020 with the Sanford address as his listed address; the photo on file with the BMV matched the image ZOLL had provided of himself and his mother in the chats referenced above. Motor vehicle records further reflected ZOLL as the registrant of a brown 2011 Scion XB vehicle, bearing tag 1371YS and registered to the Sanford address. Public records databases additionally placed ZOLL as the current occupant of the Sanford address, and also listed him as

18

the previous owner of a residence in Fruitland Park, Florida prior to his current listing at the Sanford address.

## CONCLUSION

23.    Based on the forgoing, I submit that probable cause exists to believe that at least on or about July 19, 2020, Joseph D. ZOLL attempted to and did employ, use, persuade, induce, entice, or coerce any minor to engage in, or had a minor assist any other person to engage in, sexually explicit conduct for the purpose of transmitting a live visual depiction of such conduct, in violation of 18 U.S.C. § 2251(a) and (e). I further submit that probable cause exists to believe that ZOLL received child pornography between on or about July 9 and July 10, 2020, and distributed child pornography on or about May 31, 2021, both in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1). I therefore respectfully request that the Court authorize a criminal complaint and arrest warrant for ZOLL.

Dated at Portland, Maine this 4th day of November, 2022.

David C. Fife
Special Agent
Homeland Security Investigations

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date:  Nov 04 2022

City and state:  Portland, Maine

_Judge's signature_

Karen Frink Wolf,  U.S. Magistrate Judge
_Printed name and title_